**Order entered August 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00442-CV

**ADVANTIX DIGITAL LLC, F/K/A ADVANTIX INTERNET MARKETING, LLC, Appellant**

**V.**

**JHP HOLDINGS LLC AND JOHN H. PHILLIPS, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01235**

## ORDER

Before the Court is appellant's August 22, 2019 second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **September 23, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE